UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

    Plaintiff,

v.

**Geeta S Jadav;**
**Shankarbhai G Jadav**; and Does 1-10,

    Defendants

**Case No**. 2:15-CV-00258-KJM-AC

**ORDER ON STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**

Having read the foregoing stipulation, and good cause appearing, the settlement conference previously scheduled for August 10, 2015 at 9:30 a.m. is hereby continued to September 29, 2015 at 9:30 a.m. before Magistrate Judge Carolyn K. Delaney.

Dated: June 22, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

Order