1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

9

10  SCOTT JOHNSON,

11          Plaintiff,

12      v.

13  GEETA S JADAV;
    SHANKARBHAI G JADAV; and
14  Does 1-10,

15          Defendants

16

**Case No**. 2:15-CV-00258-KJM-AC

ORDER TO EXTEND DATE FOR
FILING DISPOSITIONAL
DOCUMENTS BY 30 DAYS

17

18      Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendants GEETA S

19  JADAV and SHANKARBHAI G JADAV ("Defendants") hereby stipulate to

20  extend the deadline to file the dispositional documents by 30 days. The new

21  deadline to file the dispositional documents will be January 26, 2016.

22      IT IS SO ORDERED.

23

24  Dated:  January 11, 2016

25  _____
    CAROLYN K. DELANEY
26  UNITED STATES MAGISTRATE JUDGE

27

28

1